IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAJEANA LEANN BULLINGTON                                                    PLAINTIFF

vs.                              Civil No. 2:10-cv-02104

MICHAEL J. ASTRUE                                                           DEFENDANT
Commissioner, Social Security Administration

### J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

ENTERED this 19th day of May, 2011.

                                                                                 s/  Barry A. Bryant
                                                                                 HON. BARRY A. BRYANT
                                                                                 U. S. MAGISTRATE JUDGE